1  MICHAEL C. MILLS, ESQ.
   Nevada Bar No. 003534
2  MICAH MTATABIKWA-WALKER, ESQ.
   Nevada Bar No. 013731
3  BAUMAN LOEWE WITT & MAXWELL
   3650 N. Rancho Dr., Ste. 114
4  Las Vegas, NV  89130
   Phone: 702-240-6060
5  Fax: 702-240-4267
   Email: mmills@blwmlawfirm.com
6  Email: mwalker@blwmlawfirm.com

7  Attorneys for Defendant,
   Bodega Latina Corporation, dba El Super
8

9              UNITED STATES DISTRICT COURT

10                  DISTRICT OF NEVADA

11

12  MARGARITA HUERTA,                    CASE NO:

13

14        Plaintiff,

15

16  vs.

17

18  BODEGA LATINA CORPORATION d/b/a
    EL SUPER; DOES I-X, inclusive, and ROE
19  CORPORATIONS I-X, inclusive,

20

21        Defendants.

22

23                  **NOTICE OF REMOVAL**

24  To:    THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF NEVADA

25        Defendant, Bodega Latina Corporation, dba El Super, hereby notice the removal

26  of this action to the United States District Court and, in support thereof, states as

27  follows:

28

NOTICE OF REMOVAL
- PAGE 1 OF 5 -

2839795v1

1.    On or about February 13, 2017, Plaintiff commenced an action in the Eighth Judicial District Court, Clark County, Nevada, entitled *Margarita Huerta v. Bodega Latina Corporation, dba El Super*, Case No. A-17-750960-C.  A copy is attached as Exhibit A.  She claims injury falling in Defendant's grocery store.

2.    In the Amended Complaint at ¶1, Plaintiff alleges that she is a resident of Clark County, Nevada.

3.    Defendant Bodega Latina Corporation is a Delaware Corporation with its headquarters in Paramount, California.

4.    Service of Summons and Complaint upon Defendant Bodega Latina Corporation, dba El Super was made by personal service on February 21, 2017.  A copy is attached as Exhibit B.

5.    On March 6, 2017, Defendant Bodega Latina Corporation answered the Complaint.  A copy is attached as Exhibit C.

6.    On March 6, 2017, Defendant Bodega Latina Corporation filed a Demand for Jury Trial.  A copy is attached as Exhibit D.

7.    On March 6, 2017, Defendant Bodega Latina Corporation filed a Corporate Disclosure Statement.  A copy is attached as Exhibit E.

8.    On April 20, 2017, R. Scott Rasmussen, Esq. was appointed arbitrator.

9.    On June 2, 2017, arbitrator Rasmussen issued a Notice to Appear for Arbitration Hearing.

10.    No further proceedings have been had in this matter in the Eighth Judicial District Court, Clark County, Nevada.

11.    This Court has original jurisdiction over the subject matter of this action pursuant to 28 U.S.C. §1332.  Further, this matter is one that may be removed to this Court pursuant to 28 U.S.C. §1441 because it is a civil action that is between citizens of different states and in which the amount in controversy exceeds $75,000, exclusive of interest and costs.

2839795v1

12.     DOES I-V and ROE CORPORATIONS I-V are named and sued fictitiously and their citizenship is disregarded as a matter of law for purposes of removal on grounds of diversity jurisdiction.

13.     There is now complete diversity between Plaintiff and Defendant Bodega Latina Corporation.

14.     Plaintiff's Complaint alleges claims for Negligence following a fall in Defendant's grocery store.

15.     In her Complaint, Plaintiff prays for recovery of general damages in an amount to be proven at the time of trial, wage lost in an amount to be proven at the time of trial, special damages in excess of $15,000.00; attorney's fees and costs, and for such other and further relief as the Court deems just and proper.

16.     On June 20, 2017, Plaintiff served her Initial Disclosure of Witnesses and Exhibits, in which she included her first Computation of Damages which demonstrates her past medical special damages as follows.

| PROVIDER | AMOUNT |
|---|---|
| American Medical Response | 989.17 |
| North Vista Hospital | 8,855.92 |
| Sunrise Hospital | 6,829.00 |
| Desert Springs Hospital | 4,513.00 |
| Nader H. Behesti II | 378.00 |
| Bradley S. Walker | 102.00 |
| GRAND TOTAL | $21,667.09 |

17.     Her post-incident emergency room care was provided at North Vista Hospital.

18.     She later presented to Sunrise Hospital Emergency Room complaining of ankle swelling and pain.  She was released with

**XR ANKLE LEFT AP LAT W/ PAIN**
**PROCEDURE:** Left ankle x-rays 3 views
**DATE:** 8/9/2015 8:06 PM
**COMPARISON:** None
**CLINICAL HISTORY:** Pain
**CPT CODE:** 73610
**TECHNIQUE:** A:P, lateral and oblique views were obtained of the left ankle.

2839795v1

1

2   **FINDINGS**: The bony structures all appear to be intact without evidence of fractures or dislocations. The soft tissues demonstrate no acute pathology. There is a flattened plantar arch.
**IMPRESSION**:

3   No fracture identified or other acute pathology is seen.

4   19.   Five days later she presented at Desert Springs Hospital where she was

5   diagnosed with a fracture of the talar neck of her ankle.  The radiologist report reads:

6   **DSH RADIOLOGY**
**XR UNILATERAL ANKLE**

7   **HISTORY**: Pain. Rule out infection
**COMPARISON**: No prior

8   **TECHNIQUE**: Left ankle. 3 views.
**FINDINGS**: Bone mineralization is decreased. There is foreshortening of

9   the distance between the talar dome and the navicular on the lateral view. Chronic degenerative changes in the subtalar joints. Generalized soft

10  tissue swelling.
**IMPRESSION**:

11  Generalized osteopenia. Findings: in the hind foot suggestive of neuropathic / Charcot joint.  A chronic impacted talar neck fracture is

12  suspected.

13  20.   The doctors at Desert Springs Hospital discharged her wearing an air

14  walker boot and told to follow up with an orthopedic surgeon.

15  21.   According to Plaintiff's Answers to Interrogatories, when asked to state the

16  injuries she suffered in the incident she says:

17  **INTERROGATORY NO.3:**
If you claim to have suffered personal injuries in the incident mentioned in

18  the Complaint, state all such injuries or ailments and symptoms experienced by you.

19  **ANSWER NO. 3:**
I suffered a left leg fracture which caused the need for surgery. I am

20  currently scheduled for another surgery. Dr. Casey Burchill performed the first surgery and is going to perform the second surgery. I also sustained

21  injuries to my head, my neck, my chest and my hands when I fell.

22  Exhibit F

23  22.   Plaintiff's Initial Production of Witnesses and Documents does not identify

24  Dr. Burchill as a witness.  The records produced with that Disclosure do not include any

25  records provided by Dr. Burchill.  The Initial Computation of Damages does not include

26  any medical bills from Dr. Burchill.  Exhibit G.

27  23.   Plaintiff's Disclosure included photos of her porting a cast following

28  surgical care at the podiatrist Dr. Burchill.

2839795v1

24.     Thus, based on the allegations in the complaint and Plaintiff's Initial Early Case Conference and List of Witnesses and Disclosures dated June 20, 2017, the value of the amount in controversy exceeds $75,000.00.

25.     More than 30 days have passed since notice of lawsuit was served. However, prior to litigation, Plaintiff did not make Defendant aware of the value of the Plaintiff's claim nor did she make any demand.  The June 20, 2017 Initial Disclosure of Witnesses and Documents included the first records of care Defendant has received regarding this claim.

26.     A true and correct copy of this Notice of Removal is being filed on this date with the Clerk of the Eighth Judicial District Court, Clark County, Nevada.

27.     Based on the foregoing, Defendant Bodega Latina Corporation, hereby removes the above-referenced action now pending in the Eighth Judicial District Court, in and for the County of Clark, as Case No. A-17-750960-C to this Court.

Dated this 11th day of July 2017.

BAUMAN LOEWE WITT & MAXWELL, PLLC.

MICHAEL C. MILLS, ESQ.
Nevada Bar No. 003534
MICAH MTATABIKWA-WALKER, ESQ.
Nevada Bar No. 013731
3650 N. Rancho Dr., Ste. 114
Las Vegas, NV  89130
Phone: 702-240-6060
Fax: 702-240-4267
Attorneys for Defendant,
Bodega Latina Corporation, dba El Super

A Plaintiff's Complaint
B Summons and Service
C Defendant's Answer to Complaint
D Defendant's Demand for Jury Trial
E Defendant's Disclosure Statement
F Plaintiff's Answers to Interrogatories.
G Plaintiff's Initial Disclosure of Witnesses and Documents. (pleading only).

2839795v1