**SAO**
DAVID J. CHURCHILL, ESQ. (SBN:7308)
JARED B. ANDERSON, ESQ. (SBN: 9747)
INJURY LAWYERS OF NEVADA
6900 Westcliff Drive, Suite 707
Las Vegas, Nevada 89145
Telephone: (702) 868-8888
Facsimile: (702) 868-8889
david@injurylawyersnv.com
jared@injurylawyersnv.com
Attorneys for Plaintiff

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

MARGARITA HUERTA,

               Plaintiffs,

vs.

BODEGA LATINA CORPORATION d/b/a EL
SUPER; DOES I-X, and ROE ENTITIES I-X,
inclusive,

               Defendants.

CASE NO.: 2:17-cv-01915-APG-CWH

## STIPULATION AND ORDER TO EXTEND TIME TO FILE OPPOSITION
(First Request)

      Plaintiff Margarita Huerta and Defendant Bodega Latina Corporation, dba El Super, by and through their respective counsel stipulate to extend the time for Plaintiff to respond to Defendant's Motion in Limine Regarding Treating Health-Care Providers to July 30,2018, the deadline for Plaintiff to file her responses to Defendant's Motion for Summary Judgment

Dated this 19th day of July, 2018

INJURY LAWYERS OF NEVADA

*/s/Jared B. Anderson*

_____
David J. Churchill, Esq.
Jared B. Anderson, Esq.
6900 Westcliff Drive, Suite 707
Las Vegas, Nevada 89145
Attorneys for Plaintiff

Dated this 19th day of July, 2018

BAUMAN LOEWE WITT & MAXWELL

*/s/Michael C. Mills*

_____
Michael C. Mills, Esq.
mmills@blwmlawfirm.com
3650 n. Rancho Dr., Ste 114
Las Vegas, NV 89130
Ph: (702)240-6060
Fax: (702) 240-4267

IS IT ORDERED that the stipulation to extend the time for Plaintiff to respond to Defendant's Motion in Limine Regarding Treating Health-Care Providers to July 30,2018 is granted.

UNITED DISTRICT COURT JUDGE
Dated: July 20, 2018.