07/20/2018   12:02 BLWM-LV                                    (FAX)702 240 4267        P.003/011

1  MICHAEL C. MILLS, ESQ.
   Nevada Bar No. 003534
2  BAUMAN LOEWE WITT & MAXWELL
   3650 N. Rancho Dr., Ste. 114
3  Las Vegas, NV  89130
   Phone: 702-240-6060
4  Fax: 702-240-4267
   Email: mmills@blwmlawfirm.com
5  Email: acohen@blwmlawfirm.com

6  Attorneys for Defendant,
   Bodega Latina Corporation, dba El Super
7

8                    UNITED STATES DISTRICT COURT

9                          DISTRICT OF NEVADA

10

11 MARGARITA HUERTA,                    CASE NO: 2:17-cv-01915-APG-CWH

12

13       Plaintiff,

14

15 vs.

16

17 BODEGA LATINA CORPORATION d/b/a
   EL SUPER; DOES I-X, inclusive, and ROE
18 CORPORATIONS I-X, inclusive,

19

20       Defendants.

21

22
              JOINT NOTICE OF IMPENDING SETTLEMENT
23

24       TO THE COURT:

25       PLEASE TAKE NOTICE, Plaintiff Margarita Huerta and Defendant

26 Bodega Latina Corporation, dba El Super hereby notify the Court that the Parties have

27 reached an agreement to settle all of their claims and dismiss the above-captioned

28 action. The Parties expect to file a Stipulation for Dismissal with Prejudice of the above-

1  captioned action within the next thirty (30) days. In light of the Parties' settlement, the
2  Parties request that all pending deadlines be stayed.
3  Approved as to form:
4  Dated this 31st day of July 2018.                    Dated this 3 day of July 2018.
5  INJURY LAWYERS OF NEVADA                              BAUMAN LOEWE WITT & MAXWELL

*[signature]*                                           *[signature]*

JARED B. ANDERSON, ESQ.                                 MICHAEL C. MILLS, ESQ.
Nevada Bar No. 009747                                   Nevada Bar No. 003534
6900 Westcliff Drive, Suite 707                         3650 N. Rancho Dr., Ste. 114
Las Vegas, NV 89145                                     Las Vegas, NV 89130
Phone: 702-868-8888                                     Phone: 702-240-6060
Fax: 702-868-8889                                       Fax: 702-240-4267
Attorneys for Plaintiff,                                Counsel for Defendant,
Margarita Huerta                                        Bodega Latina Corporation

### ORDER

IT IS SO ORDERED.

_____
UNITED STATES DISTRICT COURT JUDGE,
UNITED STATES DISTRICT COURT MAGISTRATE JUDGE

DATED: _____