# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| MARGARITA HUERTA,<br><br>　　Plaintiff<br><br>v.<br><br>BODEGA LATINA CORPORATION,<br><br>　　Defendant | Case No.: 2:17-cv-01915-APG-CWH<br><br>**Order Denying Motions as Moot**<br><br>[ECF Nos. 22, 23] |

In light of the parties' notice of settlement (ECF No. 28),

IT IS ORDERED that the defendants' motion in limine **(ECF No. 22)** and motion for summary judgment **(ECF No. 23) are DENIED as moot**.

DATED this 3rd day of August, 2018.

_____
ANDREW P. GORDON
UNITED STATES DISTRICT JUDGE