1  MICHAEL C. MILLS, ESQ.
   Nevada Bar No. 003534
2  BAUMAN LOEWE WITT & MAXWELL
   3650 N. Rancho Dr., Ste. 114
3  Las Vegas, NV 89130
   Phone: 702-240-6060
4  Fax: 702-240-4267
   Email: mmills@blwmlawfirm.com
5  Email: acohen@blwmlawfirm.com

6

7  Attorneys for Defendant,
   Bodega Latina Corporation, dba El Super
8

9                UNITED STATES DISTRICT COURT

10                     DISTRICT OF NEVADA

11

12 | MARGARITA HUERTA,              | CASE NO: 2:17-cv-01915-APG-CWH

13

14          Plaintiff,

15

16 vs.

17

18 BODEGA LATINA CORPORATION d/b/a
   EL SUPER; DOES I-X, inclusive, and ROE
19 CORPORATIONS I-X, inclusive,

20

21         Defendants.

22

23

24          **STIPULATION AND ORDER OF DISMISSAL OF ALL CLAIMS WITH PREJUDICE**

25             IT IS HEREBY STIPULATED by the parties, by and through their respective

26

27 ///

28 ///

counsel of record, that the above-entitled action shall be dismissed, with prejudice, each party to bear its own attorneys' fees and costs;

Approved as to form and content:

Approved as to form:

Dated this 16th day of ~~July~~ August 2018.          Dated this 25th day of July 2018.

INJURY LAWYERS OF NEVADA                              BAUMAN LOEWE WITT & MAXWELL

_/s/ Jared B. Anderson_                               _/s/ Michael C. Mills_

JARED B. ANDERSON, ESQ.                               MICHAEL C. MILLS, ESQ.
Nevada Bar No. 009747                                 Nevada Bar No. 003534
6900 Westcliff Drive, Suite 707                       3650 N. Rancho Dr., Ste. 114
Las Vegas, NV 89145                                   Las Vegas, NV 89130
Phone: 702-868-8888                                   Phone: 702-240-6060
Fax: 702-868-8889                                     Fax: 702-240-4267
Attorneys for Plaintiff,                              Counsel for Defendant,
Margarita Huerta                                      Bodega Latina Corporation

## ORDER

IT IS SO ORDERED.

_____
UNITED STATES DISTRICT COURT JUDGE,
UNITED STATES DISTRICT COURT MAGISTRATE JUDGE

DATED: _____