1  MICHAEL C. MILLS, ESQ.
   Nevada Bar No. 003534
2  BAUMAN LOEWE WITT & MAXWELL
   3650 N. Rancho Dr., Ste. 114
3  Las Vegas, NV 89130
   Phone: 702-240-6060
4  Fax: 702-240-4267
   Email: mmills@blwmlawfirm.com
5  Email: acohen@blwmlawfirm.com

6

7  Attorneys for Defendant,
   Bodega Latina Corporation, dba El Super
8

9  **UNITED STATES DISTRICT COURT**

10 **DISTRICT OF NEVADA**

11

12 MARGARITA HUERTA,  CASE NO: 2:17-cv-01915-APG-CWH

13

14     Plaintiff,

15

16 vs.

17

18 BODEGA LATINA CORPORATION d/b/a
   EL SUPER; DOES I-X, inclusive, and ROE
19 CORPORATIONS I-X, inclusive,

20

21     Defendants.

22

23

24 **STIPULATION AND ORDER OF DISMISSAL OF ALL CLAIMS WITH PREJUDICE**

25     IT IS HEREBY STIPULATED by the parties, by and through their respective

26

27 ///

28 ///

counsel of record, that the above-entitled action shall be dismissed, with prejudice, each party to bear its own attorneys' fees and costs;

Approved as to form and content:

Approved as to form:

Dated this 16th day of August 2018.

Dated this 28th day of July 2018.

INJURY LAWYERS OF NEVADA

BAUMAN LOEWE WITT & MAXWELL

JARED B. ANDERSON, ESQ.
Nevada Bar No. 009747
6900 Westcliff Drive, Suite 707
Las Vegas, NV 89145
Phone: 702-868-8888
Fax: 702-868-8889
Attorneys for Plaintiff,
Margarita Huerta

MICHAEL C. MILLS, ESQ.
Nevada Bar No. 003534
3650 N. Rancho Dr., Ste. 114
Las Vegas, NV 89130
Phone: 702-240-6060
Fax: 702-240-4267
Counsel for Defendant,
Bodega Latina Corporation

## ORDER

IT IS SO ORDERED.

_____
UNITED STATES DISTRICT JUDGE
Dated: August 28, 2018.